of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiffs was sustained.

**No. 61964.**—H. Bates Co., Inc. *v.* United States, protests 130222–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.

**No. 61965.**—Accurate Millinery Co. *v.* United States, protest 307327–K (New York).

Opinion by FORD, J.   The protest was dismissed.

**No. 61966.**—Gehrig, Hoban & Co., Inc. *v.* United States, protest 312761–K (New York).

Opinion by FORD, J.   The protest was dismissed.

BEFORE THE THIRD DIVISION, MAY 20, 1958

**No. 61967.**—Marbro Lamp Co., Inc. *v.* United States, protest 316723–K (Los Angeles).

Opinion by JOHNSON, J.   In accordance with oral stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 61968.**—Brown, Alcantar & Brown, Inc. *v.* United States, protests 217335–K, etc. (El Paso).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v.

*Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 61969.**—Ready Foods de Mexico, S. A. *v.* United States, protests 239880–K, etc. (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided · for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 61970.**—American Beef, a Division of Ready Foods Canning Corp., et al. *v.* United States, protests 255055–K, etc. (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, MAY 21, 1958

**No. 61971.**—J. E. Bernard & Company, Inc. *v.* United States, protest 272628–K/ 7638 (Chicago).

OLIVER, Chief Judge: This protest relates to merchandise described on the invoice as "Music Box Components," which the collector classified under the provision for parts of cigar or cigarette lighters in paragraph 1527 (c) (2) of the Tariff Act of 1930, as modified by T. D. 52739, supplemented by T. D. 52836, carrying a duty assessment of 55 per centum ad valorem. Plaintiff claims that the merchandise is properly classifiable under the provision for music boxes, and parts thereof, not specially provided for, in paragraph 1541 (a) of the Tariff Act of 1930, as modified by T. D. 48093, with a duty assessment of only 20 per centum ad valorem.

This is a case in which the samples are potent witnesses. Accordingly, a detailed description thereof is pertinent. The article in question (plaintiff's exhibit 1) is the bottom part of a cigarette lighter, with a music-box mechanism enclosed therein. It is 1¾ inches high and 2 inches wide, rounded at the corners. It is composed of metal and is covered with brown leatherette. On one side, there is a winding key for winding up the music-box mechanism. Below the key, is a small metal pin. By pulling the pin, the musical mechanism operates and sounds are released. By compressing the pin, the sounds are stopped. Across